AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ROBERT LEE POKE, JR.
        Plaintiff

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV507-003

JOE WHITE, Interim Sheriff, and
KIM PHILLIPS, Jail Administrator
        Defendants

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with the Court's Order of April 4, 2007 adopting the Report and Recommendation of the U.S. Magistrate Judge as the opinion of the Court and dismissing Plaintiff's complaint; Judgment is hereby entered. This action stands closed.

| April 4, 2007 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | *Mary Anne Hill* |
| | (By) Deputy Clerk |

GAS Rev 10/1/03